# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3435
LT Case No. 2010-CF-6391

_____

RICKY T. OLIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Ricky T. Oliver, Avon Park, pro se.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____